IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MARKS, | No. C -13-03130 LB (EDL) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW, | |
| Defendant. | |

On March 4, 2014, this Court set a settlement conference for June 5, 2014, with settlement conference statements due by May 27, 2014. (Dkt. 27.) On May 29, 2014, this Court granted a joint stipulation continuing the settlement conference to July 11, 2014, with settlement conference statements due by July 1, 2014. (Dkt. 33.) On July 2, 2014, after not having received Defendant's statement, this Court called Defendant's counsel and left a message for both Michael J. Vartain and Stacey L. Leask, Defendant's two attorneys of record, requesting Defendant's statement.

As of the date of this Order, Defendant has neither submitted a settlement conference statement nor returned this Court's call. Accordingly, Defendant is hereby ordered to show cause why sanctions should not issue for Defendant's failure to timely submit a settlement conference statement, as ordered by this Court on May 29, 2014. Defendant's written response to this Order to Show Cause shall be filed no later than July 8, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 3, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge