IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MARKS, | No. C -13-03130 LB (EDL) |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE (DKT. 36)** |
| v. | |
| UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW, | |
| Defendant. | |

On July 3, 2014, this Court entered an Order to Show Cause after neither having received Defendant's settlement conference statement nor hearing from Defendant's counsel in response to a message left by the Court on July 2, 2014 regarding their statement.  The Court is now in receipt of Defendant's settlement conference statement, which was hand-delivered to the Clerk's office in the afternoon of July 2, 2014, one day late.  Due to a clerical error, chambers did not receive Defendant's statement until the afternoon of July 3, 2014, after the Order to Show Cause was entered.  The Court hereby VACATES the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 3, 2014

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

*(left margin)* **United States District Court**
For the Northern District of California